*John J. O'Leary* for motion.
*Abraham L. Doris* opposed.
Motion denied, with ten dollars costs.